Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−24469−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bette B. Leibowitz
   18 Raritan Reach Road
   South Amboy, NJ 08879

Social Security No.:
   xxx−xx−2686

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 14, 2019.

On March 18, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:         April 23, 2019
Time:         10:00 AM
Location:     Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 18, 2019
JAN: llb

                                                         Jeanne Naughton
                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-24469-MBK
Bette B. Leibowitz                                                    Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1          Date Rcvd: Mar 18, 2019
                              Form ID: 185              Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2019.
db          +Bette B. Leibowitz,    18 Raritan Reach Road,    South Amboy, NJ 08879-3439
517653747   +Community Bank of Bergen County,    C/O Getler, Gomes & Sutton, PC,
             Two Executive Boulevard, Suite 402,    Suffern, NY 10901-8220
517772364   +SB ONE BANK,    18 Railroad Avenue,    Rochelle Park, NJ 07662-4105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 19 2019 01:20:55     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 19 2019 01:20:51     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517709190    E-mail/PDF: ais.bmw.ebn@americaninfosource.com Mar 19 2019 01:29:51
             BMW Financial Services NA, LLC,   P.O. Box 3608,   Dublin, OH 43016
517653746    E-mail/PDF: ais.bmw.ebn@americaninfosource.com Mar 19 2019 01:30:27     Bmw Financial Services,
             Attn: Bankruptcy Department,   Po Box 3608,   Dublin, OH 43016
517661362   +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 19 2019 01:30:25
             BMW Financial Services NA, LLC,   AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,
             Oklahoma City, OK 73118-7901
517653748   +E-mail/Text: bankruptcy.bnc@ditech.com Mar 19 2019 01:20:19     Ditech,   Attn: Bankruptcy,
             Po Box 6172,   Rapid City, SD 57709-6172
517780089    E-mail/Text: bankruptcy.bnc@ditech.com Mar 19 2019 01:20:19     Ditech Financial LLC,
             P.O. Box 6154,   Rapid City, SD 57709-6154
517653749    E-mail/Text: cio.bncmail@irs.gov Mar 19 2019 01:20:11     IRS,   PO Box 7346,
             Philadelphia, PA 19101-7346
517655265   +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2019 01:30:07     Synchrony Bank,
             c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 18, 2019 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Janine A. Getler    on behalf of Creditor   SB One Bank jgetler@ggpclaw.com,
               mstoll@ggpclaw.com;cmatovic@ggpclaw.com
              Jason Brett Schwartz    on behalf of Creditor   Financial Services Vehicle Trust (FSVT)
               jschwartz@mesterschwartz.com
              Rebecca Ann Solarz    on behalf of Creditor   DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              Robert C. Nisenson    on behalf of Debtor Bette B. Leibowitz rnisenson@aol.com,
               nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7