| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2 (c)**<br>Robert C. Nisenson, LLC<br>10 Auer Court<br>East Brunswick, New Jersey 08816<br>(732) 238-8777<br>Robert C. Nisenson, Esq.<br>Attorneys for Debtor<br>RCN 6680 |
| In the Matter of<br><br>BETTE B. LEIBOWITZ<br><br>              DEBTOR |

Order Filed on April 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-24469

Judge: Michael B. Kaplan


# CONSENT ORDER RESOLVING SECURED CREDITOR SB ONE BANK
## OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: April 6, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, New Jersey 08816
(732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
Attorney No.: RCN 6680

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In Re:** | Case #: 18-24469 |
| **BETTE B. LEIBOWITZ** | Chapter 13 |
| | **CONSENT ORDER RESOLVING CREDITOR, SB ONE BANK** |
| Debtor. | **OBJECTION TO CONFIRMATION** |

This matter having been opened to the Court in connection with Debtor's resolution with Secured Creditor, SB One Bank Objection to Confirmation by and through their attorneys, **ROBERT C. NISENSON, L.L.C.**, seeking a Consent Order appearing by its counsel and the Court having considered all supporting and opposing Affidavits, and Briefs, if any; and good cause appearing for the entry of this Order;

**ORDERED,** that Debtor is to make a lump sum payment to Albert Russo, Chapter 13 Trustee in the amount of $7,000.00 no later than March 15, 2019; and it is further

**ORDERED** that the Chapter 13 Trustee is to forward a payment in the amount of $7,000.00 to SB One Bank no later than May 1, 2019 towards post-petition arrears; and it is further

**ORDERED,** that Debtor is to make post-petition arrear payments under the modified plan to Albert Russo, Chapter 13 Trustee, in the amount of $137.55 per month, for the total amount of $7,015.10; and it is further

**ORDERED** that the Debtor is to continue to make a monthly payment of $649.05 to SB One Bank with the existing interest rate of 6%; and it is further;

**ORDEREDF,** that a balloon payment of all remaining debt owed to SB One Bank shall be due April 28, 2049; and it is further

**ORDERED** that Debtor shall provide updated financial statements each year to SB One Bank, which includes but is not limited to tax returns and completed financial documents provided by SB One Bank; and it is further

**ORDERED** that execution of this document shall hereby serve as Debtor's affirmation of the debt to SB One Bank with respect to the second mortgage on her home at 18 Raritan Reach Road, South Amboy, New Jersey 08879; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties within ___ days of the date hereof.

_____
THE HONORABLE MICHAEL B. KAPLAN, USBJ

The undersigned hereby consents to the
Form, Content and Entry of the within]
Order

GETLER, GOMES & SUTTON, P.C.
Attorney for Secured Creditor,


By:____/s/ Melissa E. Stoll
   MELISSA E. STOLL

ROBERT C. NISENSON, LLC
10 Auer Court
East Brunswick, New Jersey 08816
Attorneys for Debtor


By:__/s/ Robert C. Nisenson
 ROBERT C. NISENSON, ESQ.



Chapter 13 Debtor


By:___/s/__Bette B. Leibowitz_
    BETTE B. LEIBOWITZ