| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
| **Caption in Compliance with D.N.J. LBR 9004-2 (c)**<br>Robert C. Nisenson, LLC<br>10 Auer Court<br>East Brunswick, New Jersey 08816<br>(732) 238-8777<br>Robert C. Nisenson, Esq.<br>Attorneys for Debtor<br>RCN 6680 | **Order Filed on April 6, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| | Case No.: 18-24469 |
| In the Matter of<br><br>BETTE B. LEIBOWITZ<br><br>     DEBTOR | Judge: Michael B. Kaplan |

**CONSENT ORDER RESOLVING SECURED CREDITOR SB ONE BANK OBJECTION TO CONFIRMATION**

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: April 6, 2019**

                  _/s/ Michael B. Kaplan_
                  Honorable Michael B. Kaplan
                  United States Bankruptcy Judge

**ROBERT C. NISENSON, L.L.C.**
10 Auer Court
East Brunswick, New Jersey 08816
(732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
Attorney No.: RCN 6680

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **In Re:** | : | Case #: 18-24469 |
| | : | |
| **BETTE B. LEIBOWITZ** | : | Chapter 13 |
| | : | |
| | : | **CONSENT ORDER RESOLVING** |
| | : | **CREDITOR, SB ONE BANK** |
| Debtor. | : | **OBJECTION TO CONFIRMATION** |
| | : | |
| | : | |

_____

This matter having been opened to the Court in connection with Debtor's resolution with Secured Creditor, SB One Bank Objection to Confirmation by and through their attorneys, **ROBERT C. NISENSON, L.L.C.**, seeking a Consent Order appearing by its counsel and the Court having considered all supporting and opposing Affidavits, and Briefs, if any; and good cause appearing for the entry of this Order;

**ORDERED,** that Debtor is to make a lump sum payment to Albert Russo, Chapter 13 Trustee in the amount of $7,000.00 no later than March 15, 2019; and it is further

**ORDERED** that the Chapter 13 Trustee is to forward a payment in the amount of $7,000.00 to SB One Bank no later than May 1, 2019 towards post-petition arrears; and it is further

**ORDERED,** that Debtor is to make post-petition arrear payments under the modified plan to Albert Russo, Chapter 13 Trustee, in the amount of $137.55 per month, for the total amount of $7,015.10; and it is further

**ORDERED** that the Debtor is to continue to make a monthly payment of $649.05 to SB One Bank with the existing interest rate of 6%; and it is further;

**ORDEREDF,** that a balloon payment of all remaining debt owed to SB One Bank shall be due April 28, 2049; and it is further

**ORDERED** that Debtor shall provide updated financial statements each year to SB One Bank, which includes but is not limited to tax returns and completed financial documents provided by SB One Bank; and it is further

**ORDERED** that execution of this document shall hereby serve as Debtor's affirmation of the debt to SB One Bank with respect to the second mortgage on her home at 18 Raritan Reach Road, South Amboy, New Jersey 08879; and it is further

**ORDERED** that a copy of this Order shall be served upon all parties within ___ days of the date hereof.

_____
THE HONORABLE MICHAEL B. KAPLAN, USBJ

The undersigned hereby consents to the
Form, Content and Entry of the within]
Order

GETLER, GOMES & SUTTON, P.C.
Attorney for Secured Creditor,


By:____/s/ Melissa E. Stoll
    MELISSA E. STOLL

ROBERT C. NISENSON, LLC
10 Auer Court
East Brunswick, New Jersey 08816
Attorneys for Debtor


By:__/s/ Robert C. Nisenson
 ROBERT C. NISENSON, ESQ.



Chapter 13 Debtor



By:___/s/__Bette B. Leibowitz_
     BETTE B. LEIBOWITZ

United States Bankruptcy Court
District of New Jersey

In re:  
Bette B. Leibowitz  
    Debtor

Case No. 18-24469-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Apr 08, 2019  
                              Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2019.  
db      +Bette B. Leibowitz,    18 Raritan Reach Road,    South Amboy, NJ 08879-3439

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2019 at the address(es) listed below:

      Albert    Russo    docs@russotrustee.com  
      Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Janine A. Getler    on behalf of Creditor    SB One Bank jgetler@ggpclaw.com, mstoll@ggpclaw.com;cmatovic@ggpclaw.com  
      Jason Brett Schwartz    on behalf of Creditor    Financial Services Vehicle Trust (FSVT) jschwartz@mesterschwartz.com  
      Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com  
      Robert C. Nisenson    on behalf of Debtor Bette B. Leibowitz rnisenson@aol.com, nisensonlaw@aol.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                           TOTAL: 7