Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  18−24469−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bette B. Leibowitz
   18 Raritan Reach Road
   South Amboy, NJ 08879

Social Security No.:
   xxx−xx−2686

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/26/20 at 09:00 AM

to consider and act upon the following:

*67* − Creditor's Certification of Default (related document:27 Motion for Relief from Stay re: 2018 BMW 2 Series Convertible 2D 230xi AWD. Fee Amount $ 181. filed by Creditor Financial Services Vehicle Trust (FSVT), 39 Consent Order filed by Creditor Financial Services Vehicle Trust (FSVT)) filed by Jason Brett Schwartz on behalf of Financial Services Vehicle Trust (FSVT). Objection deadline is 02/21/2020. (Attachments: # 1 Exhibit "A" # 2 Form 16A # 3 Proposed Order # 4 Certificate of Service) (Schwartz, Jason)

Dated: 2/14/20

                                                Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court