Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  18−24469−MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Bette B. Leibowitz
   18 Raritan Reach Road
   South Amboy, NJ 08879

Social Security No.:
   xxx−xx−2686

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/4/20.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 4, 2020
JAN: bwj

        Jeanne Naughton
        Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                      Case No. 18-24469-MBK
Bette B. Leibowitz                                          Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1           Date Rcvd: Mar 04, 2020
                              Form ID: 148              Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2020.
```
db              +Bette B. Leibowitz,   18 Raritan Reach Road,   South Amboy, NJ 08879-3439
517653747       +Community Bank of Bergen County,   C/O Getler, Gomes & Sutton, PC,
                 Two Executive Boulevard, Suite 402,   Suffern, NY 10901-8220
518336084       +LoanCare, LLC.,   P.O. Box 8068,   Virginia Beach VA 23450-8068
518336085       +LoanCare, LLC.,   P.O. Box 8068,   Virginia Beach VA 23450,   LoanCare, LLC.,   P.O. Box 8068,
                 Virginia Beach VA 23450-8068
517772364       +SB ONE BANK,   18 Railroad Avenue,   Rochelle Park, NJ 07662-4105
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 04 2020 23:39:15      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ   07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 04 2020 23:39:11      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517709190        EDI: BMW.COM Mar 05 2020 04:13:00      BMW Financial Services NA, LLC,   P.O. Box 3608,
                 Dublin, OH   43016
517653746        EDI: BMW.COM Mar 05 2020 04:13:00      Bmw Financial Services,   Attn: Bankruptcy Department,
                 Po Box 3608,   Dublin, OH 43016
517661362       +EDI: AISACG.COM Mar 05 2020 04:13:00      BMW Financial Services NA, LLC,
                 AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
517653748       +E-mail/Text: bankruptcy.bnc@ditech.com Mar 04 2020 23:38:57      Ditech,   Attn: Bankruptcy,
                 Po Box 6172,   Rapid City, SD 57709-6172
517780089        E-mail/Text: bankruptcy.bnc@ditech.com Mar 04 2020 23:38:57      Ditech Financial LLC,
                 P.O. Box 6154,   Rapid City, SD 57709-6154
517653749        EDI: IRS.COM Mar 05 2020 04:13:00      IRS,   PO Box 7346,   Philadelphia, PA 19101-7346
517655265       +EDI: RMSC.COM Mar 05 2020 04:13:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 9
```
```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2020 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    LoanCare, LLC. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Janine A. Getler    on behalf of Creditor    SB One Bank jgetler@ggpclaw.com,
               mstoll@ggpclaw.com;akrane@ggpclaw.com
              Jason Brett Schwartz    on behalf of Creditor    Financial Services Vehicle Trust (FSVT)
               jschwartz@mesterschwartz.com
              Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    LoanCare, LLC. rsolarz@kmllawgroup.com
              Robert C. Nisenson    on behalf of Debtor Bette B. Leibowitz r.nisenson@rcn-law.com,
               doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 9
```